# Notice Recipients

District/Off: 0420−3     User: stalvey     Date Created: 12/21/2018
Case: 13−03204−jw     Form ID: trc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
542831563   MTGLQ Investors, LP    c/o Rushmore Loan Management    15480 Laguna Canyon Rd Ste 100    Irvine CA 92618

                   TOTAL: 1